788 S.E.2d 212

## Re ADMINISTRATIVE SUSPENSIONS FOR FAILURE TO PAY LICENSE FEES REQUIRED BY RULE 410 OF THE SOUTH CAROLINA APPELLATE COURT RULES (SCACR).

Supreme Court of South Carolina.

Feb. 26, 2016.

## ORDER

The South Carolina Bar has furnished the attached list of lawyers (including those holding a limited certificate to practice law) who have failed to pay their license fees for 2016. Pursuant to Rule 419(d)(1), SCACR, these lawyers are hereby suspended from the practice of law. They shall surrender their certificate of admission to practice law to the Clerk of this Court by March 24, 2016.

Any petition for reinstatement must be made in the manner specified by Rule 419(e), SCACR. Additionally, if they have not verified their information in the Attorney Information System, they shall do so prior to seeking reinstatement.

These lawyers are warned that any continuation of the practice of law in this State after being suspended by this order is the unauthorized practice of law, and will subject them to disciplinary action under Rule 413, SCACR, and could result in a finding of criminal or civil contempt by this Court. Further, any lawyer who is aware of any violation of this suspension shall report the matter to the Office of Disciplinary Counsel. Rule 8.3, Rules of Professional Conduct for Lawyers, Rule 407, SCACR.

/s/Costa M. Pleicones, C.J.

/s/Donald W. Beatty, J.

/s/John W. Kittredge, J.

/s/Kaye G. Hearn, J.

/s/John Cannon Few, J.

## ATTACHMENT

Members Who Have Not Paid 2016 License Fees

April Amanda Arrasate
151 Talcott Notch Rd.
Farmington, CT 06032

Brandon Ashley Barr
947 Hawthorne Bridge Ct.
Charlotte, NC 28204

Diane Arlene Blackburn
444 Orchard Avenue, Apt 7
Bellevue, PA 15202

Dalton O. Blake, Jr.
7196 Sharp Reef #2
Pensacola, FL 32507

George Harry Bobotis
Bell Carrington & Price, LLC
870 Cleveland St, Suite 1B
Greenville, SC 29601

Nora Helman Budman
Bodker, Ramsey Andrews, Winograd & Wildstein, P.C.
One Securities Centre
3490 Piedmont Road NE, Ste 1400
Atlanta, GA 30305

Stacy Linette Bye
3314 N 36th Terrace
St. Joseph, MO 64506

Miranda Patterson Caldwell
1734 Northgate Lane
Rock Hill, SC 29732

William C. Cleveland III
Womble Carlyle Sandridge & Rice, LLP
62 Lenwood Blvd.
Charleston, SC 29401

Mary Ann Crocker
Rappahannock Westminster–Canterbury
1 Colley Avenue
Norfolk, VA 23510

Sandra Landin Darby
PO Box 10807
1430 N. Howe St.

Southport, NC 28461

Michael Jordan Denning
47 Broad Cove Woods Rd.
Yarmouth, ME 04096

C. Shawn Dryer
C. Shawn Dryer, Attorney-at-Law
PO Box 165
Beaver, PA 15009

Susan Moulton Evans
4245 Caldwell Mill Rd.
Mountain Brook, AL 35243

Brittany Lauren Fleming
5022 Bell Drive
Smyrna, GA 30080

Edward Earl Gilbert
6600 Rivers Avenue, Apt. 304
North Charleston, SC 29406

Benjamin David Goldstein
Simmons Law Firm, LLC
455 Market St., Suite 1150
San Francisco, CA 94105

Frank David Graham
6326 St. Andrews Rd.
Columbia, SC 29212

Jacqueline G. Grau
Alorica, Inc.
7171 Mercy Road, Suite 250
Omaha, NE 68106

Wilson Green IV
811 W. Yale Street
Orlando, FL 32804

J. Michael Harley
GrowthPhases, LLC
PO Box 207
Barrington, IL 60011–0207

James M. Herring
165 Governors Harbour
Hilton Head Island, SC 29926

Walter M. Hudson

U.S. Army, JAG Corps
8105 Constellation Blvd
Tampa, FL 33621

Megan Clark Johnson
6 Chadbourne Lane
Simpsonville, SC 29681

David L. Johnston, Jr.
Brooks, Harmin & Johnston, LLC
PO Box 67
Anniston, AL 36202

Wayne Q. Justesen, Jr.
PO Box 678
Greenwood, SC 29648

Farah Khakee
10 Janet Terrace
Irvington, NY 10533

Jonathan Brent Kiker
Kiker Law Firm
PO Box 5303
Hilton Head Island, SC 29938

Linda S. Lombard
63 Rebellion Road
Charleston, SC 29407

Dion Lyons
U.S. Army, JAG Corps
4365 Miners Creek Road
Lithonia, GA 30038

Adam Nicholas Marinelli
BoltNagi, PC
Royal Dane Mall, Suite 21
St. Thomas, VI 00802

Dawn Mary Maruna
AgFirst Farm Credit Bank
7100 Ridge Blvd.
Brooklyn, NY 11209

Pamela Parker Meyers
1006 Longwood Dr.
Woodstock, GA 30189

Delandra Mae Navarro

Delandra M. Navarro, Esquire LLC
9 Newburg Ave., Suite 100
Catonsville, MD 21228

Gregory M. Palmer
Palmer & Wood
747 Thomas Street Ste. 1000
Grand Rapids, MI 49503

Bruce Harris Perry
212 Ridge Hill Rd.
Mechanicsburg, PA 17050

Anthony H. Randall
Dennis, Shaw, Drennan & Pack, LLC
PO Box 1105
Fort Mill, SC 29716–1105

Ernest R. Reeves Jr.
128 Collums Road
Chapel Hill, NC 27514

Mark Posten Reineke
922 Waterswood Dr.
Nashville, TN 37220–1117

Paul Brian Rollins
University of Georgia School of Law
142 Vintage Drive
Chapel Hill, NC 27516

Steven Salcedo
Law Offices of Steven Salcedo, LLC
150 East Ponce De Leon Avenue, Suite 225
Decatur, GA 30030–2543

Donna R. Taylor
Columbia St. Mary's
2229 N. 70th St.
Wauwatosa, WI 53213

Jessica Elizabeth Thurbee
Stewart Title Guaranty Co.
808 Eden Way North, Ste. 100
Chesapeake, VA 23320

David English Turnipseed
Turnipseed & Brannon Law Firm
PO Box 1904

Spartanburg, SC 29304

John E. Vick Jr.
Chevron Services Co.
1215 Van Buren St.
Houston, TX 77019

Victoria Grayken Wellstead
BI–LO, LLC
BILO Holdings
5050 Edgewood Court
Jacksonville, FL 32254

Robert M. White
PO Box 10132
Greenville, SC 29603

Amanda Schlager Wick
U.S. Attorney's Office
6341 Washington Avenue
University City, MO 63130

Melissa R. Yarbrough
3965 Fouts Dr.
Cumming, GA 30028